IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 12-md-02311 Honorable Sean F. Cox |
| In Re: Wire Harness | : | Case No. 2:12-cv-00102 |
| In Re: Instrument Panel Clusters | : | Case No. 2:12-cv-00202 |
| In Re: Fuel Senders | : | Case No. 2:12-cv-00302 |
| In Re: Heater Control Panels | : | Case No. 2:12-cv-00402 |
| In Re: Bearings | : | Case No. 2:12-cv-00502 |
| In Re: Alternators | : | Case No. 2:13-cv-00702 |
| In Re: Anti Vibrational Rubber Parts | : | Case No. 2:13-cv-00802 |
| In Re: Windshield Wiper Systems | : | Case No. 2:13-cv-00902 |
| In Re: Radiators | : | Case No. 2:13-cv-01002 |
| In Re: Starters | : | Case No. 2:13-cv-01102 |
| In Re: Ignition Coils | : | Case No. 2:13-cv-01402 |
| In Re: Motor Generators | : | Case No. 2:13-cv-01502 |
| In Re: HID Ballasts | : | Case No. 2:13-cv-01702 |
| In Re: Inverters | : | Case No. 2:13-cv-01802 |
| In Re: Electronic Powered Steering Assemblies | : | Case No. 2:13-cv-01902 |
| In Re: Air Flow Meters | : | Case No. 2:13-cv-02002 |
| In Re: Fan Motors | : | Case No. 2:13-cv-02102 |
| In Re: Fuel Injection Systems | : | Case No. 2:13-cv-02202 |
| In Re: Power Window Motors | : | Case No. 2:13-cv-02302 |
| In Re: Automatic Transmission Fluid Warmers | : | Case No. 2:13-cv-02402 |
| In Re: Valve Timing Control Devices | : | Case No. 2:13-cv-02502 |
| In Re: Electronic Throttle Bodies | : | Case No. 2:13-cv-02602 |
| In Re: Air Conditioning Systems | : | Case No. 2:13-cv-02702 |
| In Re: Windshield Washer Systems | : | Case No. 2:13-cv-02802 |
| In Re: Spark Plugs | : | Case No. 2:15-cv-03002 |
| In Re: Automotive Hoses | : | Case No. 2:15-cv-12893 |
| In Re: Power Window Switches | : | Case No. 2:16-cv-03902 |
| In Re: Ceramic Substrates | : | Case No. 2:16-cv-12194 |

THIS DOCUMENT RELATES TO
AUTOMOBILE DEALERSHIP ACTIONS

**ORDER REGARDING AUTO DEALERS' MOTION TO AWARD FEES PLACED IN
RESERVE IN 2016 FOR ROUND TWO SETTLEMENTS**

This matter came before the Court on the Auto Dealers' Motion to Award Fees Placed in Reserves in 2016 for Round Two Settlements in the above matters. The Court has reviewed the memorandum submitted by the Auto Dealers in support of their motion. The Court has considered the motion on the papers.

Based on the entire record of these proceedings and in consideration of all submissions and filings made with respect to Auto Dealers' current motion and their Round Two final approval filings and argument, and good cause appearing therefor,

**IT IS HEREBY ORDERED**:

1. The Court has considered the present motion and considered the filings and proceedings associated with the final approval of the Round Two settlements submitted by the Auto Dealers in 2016. *See* 2:12-cv-00102-SFC-RSW (ECF Doc. No. 514); 2:12-cv-00102-SFC-RSW (ECF Doc. No. 514-2); 2:12-cv-00102-SFC-RSW (ECF Doc. No. 514-3).

2. The Court adopts and reiterates its analysis of the Auto Dealers' request for an award of attorneys' fees for the Round Two settlements as set out in the Court's Order dated November 29, 2016. *See* 2:12-cv-00102-SFC-RSW (ECF Doc. No. 523).

3. After being provided adequate notice of the Round Two settlements reached in the Auto Dealer cases, no class member objected to or commented about the requested attorneys' fees equal to 1/3 of the Round Two settlement funds, after the costs of notice and claim administration had been deducted.

4. The Court **GRANTS** the motion currently before the Court and authorizes the award and distribution of the Round Two fees held in reserve by the Auto Dealers since 2016.

5.	The Court finds that awarding counsel for the Auto Dealers a total fee of 30 percent of the Round Two settlement funds is reasonable and complies with the *Ramey* factors. The Court again references and adopts the findings it made in November 2016. *See* 2:12-cv-00102-SFC-RSW (ECF Doc. No. 523).

6.	Interim Co-Lead Counsel for the Auto Dealers are authorized to allocate the attorneys' fees awarded herein among counsel who performed work on behalf of the Auto Dealers in accordance with Interim Co-Lead Counsel's assessment of each firm's contribution to the prosecution of the cases involved in the Round Two settlements.

**IT IS SO ORDERED.**


Dated: August 7, 2020	s/Sean F. Cox
	Sean F. Cox
	U. S. District Judge